IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| LAMONT WILLIAMSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 11-06019-CV-SJ-GAF |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Now before the Court is Plaintiff Lamont Williamson's ("Plaintiff") Amended Complaint (doc. 23) against Daniel Tolle and William Rose ("Defendants"). For the reasons stated on the record, it is

**ORDERED** that Plaintiff's Amended Complaint (doc. 23) is DISMISSED in its entirety, and any pending motions have been ruled on as noted on the record.

s/ Gary A. Fenner<br>
GARY A. FENNER, JUDGE<br>
UNITED STATES DISTRICT COURT

DATED: October 19, 2016