# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| LAMONT WILLIAMSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 11-06019-CV-SJ-GAF |
| v. ) | |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_ **Decision by Court.**  This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Lamont Williamson's Amended Complaint (doc. 23) against Daniel Tolle and William Rose is DISMISSED in its entirety, and any pending motions have been ruled on as noted on the record.

| | |
|---|---|
| October 19, 2016 | Paige Wymore-Wynn |
| Dated | Clerk of Court |
| | |
| October 19, 2016 | Terri Moore |
| Entered | (by) Deputy Clerk |